08-CV-05609-STIP

Honorable Franklin Burgess

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DEBORAH SMITH-HARRIS, a single person<br><br>Plaintiff<br><br>vs.<br><br>HALLS MEDICAL SERVICES INC., HALLS PHARMACY SERVICES INC., HALL'S DRUG CENTER INC., RUTH ANN and WARREN HALL and the marital community composed thereof and MICHAEL BAUCHAMP and JANE DOE BAUCHAMP and the marital community composed thereof.<br><br>Defendants. | NO. C08-5609 FDB<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>**CLERK'S ACTION REQUIRED** |

## STIPULATION

COME NOW the parties hereto by and through their attorneys of record, and hereby agree that, pursuant to FRCP 41(a)(1), this matter shall be dismissed with prejudice, no costs or fees awarded.

DATED this 9th day of March, 2009.

s/Jacob M. Downs, WSBA #37982
Sheryl J. Willert, WSBA #08617
Attorneys for Defendants Halls Medical
Services Inc., Halls Pharmacy Services Inc.,
Hall's Drug Center Inc., and Ruth Ann and

s/Vanessa M. Vanderbrug, WSBA #31668
John C. Versnel III, WSBA #17755
Attorneys for Plaintiff
LAWRENCE & VERSNEL PLLC
601 Union Street, Suite 3030

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
Page 1 of 2

LAWRENCE & VERSNEL PLLC
3030 two union square
601 union street
seattle, Washington 98101
(206) 624-0200  Facsimile (206) 903-8552

| | |
|---|---|
| Warren Hall<br>WILLIAMS, KASTNER & GIBBS PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101<br>Telephone: 206.628.6600<br>Facsimile: 206.628.6611<br>Email: jdowns@williamskastner.com<br>       swillert@williamskastner.com | Seattle, WA 98101<br>Telephone: 206.624.0200<br>Facsimile: 206.903.8552<br>Email: vmv@lvpllc.com<br>       jcv@lvpllc.com |

## ORDER

This matter having come on before the undersigned Judge, and based upon the foregoing stipulation, it is hereby

ORDERED that the above captioned action is hereby dismissed with prejudice, and without costs or fees.

*17 March 09*

_____
*for* Judge Franklin D. Burgess

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
Page 2 of 2

LAWRENCE & VERSNEL PLLC
3030 two union square
601 union street
seattle, Washington 98101
(206) 624-0200 Facsimile (206) 903-8552